UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY A. SCHONWETTER, | ) |
| | ) CASE NO. C12-1779-RAJ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER TO SHOW CAUSE FOR |
| MICHAEL J. ASTRUE, | ) FAILURE TO FILE AN OPENING |
| Commissioner of Social Security, | ) BRIEF |
| | ) |
| Defendant. | ) |
| | ) |

The Court issued an Order on December 20, 2012, advising the parties of the briefing schedule. (Dkt. 14)   That Order directed plaintiff to file an Opening Brief no later than January 18, 2013.   To date, plaintiff has filed neither an Opening Brief nor a motion to extend the filing deadline.   It is therefore ORDERED that plaintiff SHOW CAUSE within fourteen (14) days of the date of this Order why the Court should not enter judgment dismissing this case for failure to prosecute pursuant to Fed.R.Civ.P. 4(m).

DATED this <u>24th</u> day of January, 2013.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE FOR FAILURE
TO FILE AN OPENING BRIEF
PAGE -1