01

02

03

04

05

06

07                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  WENDY A. SCHONWETTER,                )
                                         )   CASE NO. C12-1779-RAJ-MAT
10          Plaintiff,                   )
                                         )
11          v.                           )   REPORT AND RECOMMENDATION
                                         )
12  CAROLYN W. COLVIN,                   )
    Acting Commissioner of Social Security,  )
                                         )
13                                       )
            Defendant.                   )
14  _____  )

15          Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a complaint seeking review of a

16  decision of the Commissioner of the Social Security Administration.   (Dkt. 3.)   The Court, on

17  December 20, 2012, issued an Order advising the parties of the briefing schedule and directing

18  plaintiff to file an Opening Brief no later than January 18, 2013.   (Dkt. 14.)   The Court did not

19  receive from plaintiff either an Opening Brief or a motion to extend the filing deadline and, on

20  January 24, 2013, issued an Order directing plaintiff to show cause, within fourteen days of the

21  date of the Order, why the Court should not enter judgment dismissing this case for failure to

22  prosecute.   (Dkt. 15.)

REPORT AND RECOMMENDATION
PAGE -1

01          To date, the Court has not received any response to its Order to Show Cause or any other

02    submission from plaintiff.   Accordingly, the Court recommends that this action be

03    DISMISSED without prejudice for failure to comply with a Court order and for failure to

04    prosecute.   *See* Fed. R. Civ. P. 41(b) (allowing for involuntary dismissal for failure to

05    prosecute or failure to comply with federal rules or a court order); *Link v. Wabash R.R.*, 370

06    U.S. 626, 629-30 (1962) (court may dismiss for failure to prosecute *sua sponte*); and LCR 11(c)

07    (allowing for "sanctions as the court may deem appropriate[]" where a party fails, without just

08    cause, to comply with an order of the court).[1]   A proposed Order accompanies this Report and

09    Recommendation.

10          DATED this 20th day of February, 2013.

11

12                                                    _____

13                                                    Mary Alice Theiler
                                                       United States Magistrate Judge

14

15

16

17

18

19

20

21

22    _____

          1 The Court's Order to Show Cause mistakenly indicated that dismissal for failure to prosecute
      would be pursuant to Federal Rule of Civil Procedure 4(m), a rule not applicable here.

REPORT AND RECOMMENDATION
PAGE -2