UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY A. SCHONWETTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C12-1779-RAJ <br><br> ORDER DISMISSING FOR FAILURE TO PROSECUTE |

The court has reviewed the record and the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler.   The court notes that no one has objected to the R&R, and orders as follows:

(1) The court adopts the Report and Recommendation (Dkt. # 16);

(2) This court DISMISSES this case without prejudice for failure to prosecute in accordance with Fed. R. Civ. P. 41(b); and

(3) The clerk shall enter judgment for Defendant and give notice of this order to Judge Theiler.

DATED this 11th day of March, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER DISMISSING FOR FAILURE TO PROSECUTE
PAGE -1